```
 1  PAUL HORGAN
    SBN 48028
 2  800 Wilshire Boulevard, Suite 1510
    Los Angeles, California  90017
 3  Telephone: (213) 622-2717
    Facsimile: (213) 622-0445
 4  E-mail: phorgan@sbcglobal.net

 5  Attorney for Defendant
    WILLIAM FASOLI
 6

 7

 8                UNITED STATES DISTRICT COURT

 9                CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  CASE NO.:  CR 06-00929-CJC
                                  )
12                   Plaintiff,   )  [PROPOSED] FINDINGS AND
                                  )  ORDER AFTER HEARING
13       v.                       )
                                  )  Date:  May 11, 2009
14  WILLIAM FASOLI,               )  Time:  11:00 a.m.
                                  )
15                   Defendant.   )
    _____)
16
```

On May 11, 2009, the Court heard defendant William Fasoli's Motion for Order Terminating Probation.  Plaintiff United States of America was represented by Assistant United States Attorney Todd Tristan; defendant William Fasoli appeared with his counsel, Paul Horgan.

The Court finds that defendant was placed on two years' probation on November 20, 2007.  The Court further finds that defendant has been in compliance with all terms and conditions of said probation.

//

//

//

- 1 -

FOR GOOD CAUSE SHOWN, the Court grants defendant's motion for early termination of his probation, and orders such termination.

Dated: May 13, 2009

_____
HONORABLE CORMAC J. CARNEY
United States District Judge